

# UNITED STATES DISTRICT COURT

__Northern__ District of __Oklahoma__

Michael Staniford,

    Plaintiff,

v.

Metropolitan Life Insurance Company,

    Defendant.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 11-CV-01-GKF-FHM

TO: (Name and address of Defendant)

Metropolitan Life Insurance Company
c/o Kim Holland, Insurance Commissioner
Oklahoma Insurance Department
P.O. Box 53408
Oklahoma City, Oklahoma  73152-3408

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney whose name and address are:

    Jonathan E. Shook, Esq.
    SHOOK & JOHNSON, P.L.L.C.
    7420 S. Yale Ave.
    Tulsa, OK 74136

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT  Phil Lombardi

Date: JAN 4 2011

Signature of Clerk or Deputy Clerk